UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AINSWORTH MANUFACTURING LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00257 |
| | § | |
| LUNAR LIGHTING SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION TO REMAND

On May 16, 2014, Ainsworth Manufacturing, LLC (Ainsworth) filed suit against Lunar Lighting Solutions, LLC (Lunar) in the 214th Judicial District Court of Nueces County, Texas, alleging claims for fraudulent inducement and breach of contract with respect to a Licensing and Manufacturing Agreement and a Sales Agreement between the parties. D.E. 5-3. On June 12, 2014, Lunar timely removed the case to this Court on the basis of diversity jurisdiction, 28 U.S.C. § 1332. D.E. 1.

Before the Court is Plaintiff's Motion to Remand (D.E. 10) asserting that the removal is defective in that the required allegations of diverse citizenship are conclusory and because there is insufficient evidence to support a finding of diverse citizenship. The amount in controversy required to sustain diversity jurisdiction is not challenged.

In its response, Lunar provides appropriate allegations and evidence of the comparative citizenship of the parties. Ainsworth is a citizen of the state of Texas and Lunar is a Delaware limited liability company with citizenship in Australia. The Court

finds that the citizenship requirement for diversity jurisdiction has been met. The motion to remand (D.E. 10) is DENIED.

ORDERED this 23rd day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE